ORIGINAL

FILED'08 SEP 30 14:25 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEA FOOD CO. INC. AND PACIFIC SEAFOOD GROUP,<br><br>Defendants. | CIVIL ACTION NO.<br>**CV'08 - 1143  ST**<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation and to provide appropriate relief to Jesus Manuel Perez, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Pacific Seafood Company, Inc. and Pacific Seafood Group retaliated against Mr. Perez by terminating his employment after he complained of national origin discrimination. Plaintiff seeks monetary and injunctive relief for Mr. Perez, including pecuniary and nonpecuniary compensatory damages and punitive damages.

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendants Pacific Seafood Group and Pacific Seafood Company, Inc. ("defendants") have been corporations continuously doing business in the State of Oregon and have continuously had at least 15 employees.

5. At all relevant times, defendants Pacific Seafood Group and Pacific Seafood Company, Inc. have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Perez filed a charge with the Commission alleging violations of Title VII by defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least June 12, 2007, defendants engaged in unlawful employment practices at its Clackamas, Oregon facility in violation of §704(a) of Title VII, 42 U.S.C. §2000e-3(a) by terminating Mr. Perez's employment after he complained of discriminatory practices that he believed were because of his national origin, Hispanic (Mexican).

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Perez of equal employment opportunities and otherwise adversely affect his status as an employee of defendants.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Perez.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendants, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which retaliate against any individual for engaging in statutorily protected EEO activity.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

B.   Order defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order defendants to make whole Mr. Perez by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D.   Order defendants to make whole Mr. Perez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.   Order defendants to make whole Mr. Perez by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F.   Order defendants to pay Mr. Perez punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

//

//

//

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 29th day of September, 2008.

WILLIAM TAMAYO
Regional Attorney

JOHN STANLEY
Supervisory Trial Attorney

CARMEN FLORES
Senior Trial Attorney

BY: _____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 220-6853
Facsimile (206) 220-6911

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882